IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 03-0045 MMC |
| Plaintiff, | **ORDER DENYING MOTION TO MODIFY PRISON TERM; DENYING REQUEST FOR APPOINTMENT OF COUNSEL** |
| v. | |
| CLYDELL YOUNGER, | |
| Defendant. / | |

Before the Court is defendant's motion, filed March 11, 2008, to modify his prison term pursuant to 18 U.S.C. § 3582(c)(2), based on recent downward adjustments to the United States Sentencing Guidelines for crack cocaine. Also before the Court is defendant's request for appointment of counsel, filed concurrently therewith.

Having read and considered the above filings, and having reviewed the record in the above-titled action relevant to sentencing, the Court finds defendant is not entitled to a reduction of his prison term based on a reduction of the guideline range, for the reason that defendant was sentenced to the statutory minimum term of 120 months. Such minimum term is mandatory, i.e., the Court does not have discretion to impose a lesser term. See 21 U.S.C. § 841(a)(1). Consequently, irrespective of whether his guideline range is reduced, defendant's prison term will remain unchanged.

Accordingly, defendant's motion and request are hereby DENIED.

**IT IS SO ORDERED.**

Dated: March 18, 2008

_____
MAXINE M. CHESNEY
United States District Judge