STEVEN G. KALAR
Federal Public Defender
DANIEL P. BLANK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Telefacsimile: (415) 436-7706

Counsel for Defendant YOUNGER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 03-0045 MMC |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER CONTINUING STATUS |
| | ) | HEARING |
| CLYDELL YOUNGER, | ) | |
| | ) | Honorable Maxine M. Chesney |
| Defendant. | ) | |

1   At the last appearance in the above-referenced matter on July 25, 2012, the supervised release conditions for Defendant Clydell Younger were modified to include residential drug treatment for up to 90 days at the direction of the U.S. Probation Office, and a status conference was set for October 24, 2012.  However, undersigned counsel for Mr. Younger is no longer able to attend the scheduled October 24 hearing since he will be recovering from back surgery.  Accordingly, with the concurrence of U.S. Probation Officer Darnell Hammock, the parties stipulate and jointly request that the status conference be continued to Wednesday, November 28, 2012, at 2:15 p.m., the soonest available date for the parties and the Court.

   IT IS SO STIPULATED.

DATED:   10/16/12                  /s/
                                   ARVON PERTEET
                                   Assistant United States Attorney

DATED:   10/16/12                  /s/
                                   DANIEL P. BLANK
                                   Assistant Federal Public Defender
                                   Attorney for Clydell Younger

   IT IS SO ORDERED.

DATED:   October 17, 2012          _____
                                   MAXINE M. CHESNEY
                                   United States District Judge

*U.S. v. Younger*, CR 03-0045 MMC
STIP. & PROP. ORDER                1