DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MICHAEL A. RODRIGUEZ (NYBN 4938262)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7146
    FAX: (415) 436-7234
    michael.rodriguez@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CLYDELL YOUNGER, <br><br> Defendant. | CASE NOS. <br> CR 19-0198 MMC <br> CR 03-0045 MMC <br><br> STIPULATION AND [PROPOSED] ORDER SETTING HEARING DATE |

On May 23, 2019, Defendant Clydell Younger, by and through his attorney Daniel P. Blank, filed a motion requesting a competency evaluation, which the Court granted. ECF Nos. 9, 10. This case is currently set for a status hearing on September 25, 2019 to discuss the results of the competency evaluation. On September 23, 2019, Federal Bureau of Prisons Clinical Psychologist Tiffany K. Smith informed the parties that the defendant's evaluation report was not yet completed and requested an extension until October 11, 2019 to submit the report. The parties have conferred and do not oppose the requested extension.

The parties now jointly propose that the status hearing scheduled for September 25, 2019 be continued until October 30, 2019. The parties stipulate and agree that an exclusion of time under the Speedy Trial Act is unnecessary given that the defendant's motion for a competency determination

STIPULATION AND [PROPOSED] ORDER SETTING HEARING DATE
U.S. v. CLYDELL YOUNGER

is pending.  *See* 18 U.S.C. § 18 U.S.C. § 3161(h)(1)(A).

IT IS SO ORDERED.

September 24, 2019
Dated

HON. MAXINE M. CHESNEY
United States Senior District Judge

IT IS SO STIPULATED.

September 24, 2019

  /s/ *Daniel P. Blank*
DANIEL P. BLANK
Counsel for Clydell Younger

September 24, 2019

  /s/ *Michael A. Rodriguez*
MICHAEL A. RODRIGUEZ
Assistant United States Attorney
Counsel for the United States

STIPULATION AND [PROPOSED] ORDER SETTING HEARING DATE
U.S. v. CLYDELL YOUNGER