IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLYDELL YOUNGER,<br><br>Defendant. | **Case No.:** CR 03–0045 MMC; CR 19-0198 MMC<br><br>**[PROPOSED] ORDER FOR TREATMENT REGARDING COMPETENCY** |

FOR GOOD CAUSE APPEARING, and as fully discussed in open court, having found that Mr. Clydell Younger, the defendant in the above-captioned matters, is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him and to assist properly in his defense, IT IS HEREBY ORDERED pursuant to 18 U.S.C. § 4241(d) that Mr. Younger be committed to the custody of the Attorney General, where he shall be hospitalized for treatment aimed at restoring his competency in a suitable facility for a period not to exceed four months.

IT IS FURTHER ORDERED that a supplemental evaluation of Mr. Younger be conducted by a licensed or certified psychiatrist and/or psychologist in order to determine pursuant to 18 U.S.C. § 4241(d) whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward.

IT IS FURTHER ORDERED that the examining psychiatrist(s) and/or psychologist(s) prepare a supplemental report addressing the results of this treatment and evaluation to be filed with the Court no later than June 5, 2020, unless otherwise directed by the Court.

IT IS SO ORDERED.

February 5, 2020
    Dated

MAXINE M. CHESNEY
United States District Judge